**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **NEBCO STEEL ERECTORS, INC.,** )<br>)<br>     **Plaintiff(s),** )<br>)<br>**vs.** )<br>)<br>**STEWARD STEEL, INC.,** )<br>)<br>     **Defendant(s).** ) | Case No. 05-583-GPM |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **NEBCO STEEL ERECTORS, INC.,** and Defendant, **STEWARD STEEL, INC.,** That this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed October 18, 2005, each party to bear their own costs.

Dated: January 12, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**